■ ELEANOR BREITERMAN, Respondent, v JACK S. KERN, Appellant. [641 NYS2d 534] —Judgment, Supreme Court, New York County (William Davis, J.), entered May 12, 1995, which, upon a jury verdict, awarded plaintiff the principal sum of $172,000, unanimously affirmed, without costs.

A review of the record demonstrates that there existed a rational and valid line of reasoning by which the jury could find that defendant committed dental malpractice and that

such malpractice constituted a proximate cause of plaintiff's injuries when he installed restorations in plaintiff's upper and lower arch without sufficient retentive support. The parties' expert testimony concerning the acceptable professional standard of care owed to plaintiff and that which was provided by defendant created a factual issue, which was resolved by the jury, and there is no basis to disturb its findings (*see, Bellas v Kurpis*, 182 AD2d 542). We find the jury's damages award to constitute reasonable compensation, considering the nature and duration of plaintiff's discomfort caused by defendant's malpractice (CPLR 5501 [c]).

We have considered defendant's other claims and find them to be without merit. Concur—Milonas, J. P., Wallach, Kupferman, Ross and Williams, JJ.